# UNITED STATES DISTRICT COURT
**DISTRICT OF ARIZONA**
**OFFICE OF THE CLERK**

**RICHARD H. WEARE**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE,
SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

Visit our website at www.azd.uscourts.gov

**RONNIE HONEY**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE,
SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

July 31, 2009

Keith Brotherton, Clerk
Circuit Court of Jackson County
116 Court St.
Ripley, West Virginia 25271

**ATTN:** **Clerk's Office**

**RE:** **REMAND TO CIRCUIT COURT JACKSON COUNTY**

**U.S. District Court, District of Arizona Case Number:**
**CV 08-2031-PHX-MHM**

**Circuit Court of Jackson County Case Number:**
**08-C-69**

Dear Mr. Brotherton:

Enclosed is a certified copy of the Order entered in this Court on **July 24, 2009** remanding the above case to Circuit Court of Jackson County for the State of West Virginia.

Sincerely,

RICHARD H. WEARE, DCE/CLERK OF COURT

s/M. Pruneau
Deputy Clerk

Enclosure
cc : All Counsel of Record

---

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*